Voncille O. STUKES, Plaintiff—
Appellant,

v.

Michael CHERTOFF, Secretary, U.S.
Department of Homeland Security,
Defendant—Appellee,

and

Richard H. Gottlieb, Officer In Charge;
Judy T. Ferguson, Supervisor Immi-
gration Officer; Rosemary L. Mel-
ville, District Director, Defendants.

No. 09–6249.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Oct. 1, 2009.

Voncille O. Stukes, Appellant Pro Se.
Paul Bradford Taylor, Office of the United
States Attorney, Asheville, North Carolina,
for Appellee.

Before MICHAEL, KING, and AGEE,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Voncille O. Stukes appeals the district
court's orders granting summary judg-
ment in favor of the Appellee on Stukes'
claims of race and disability discrimination
and retaliation, and denying reconsidera-
tion of that order. With respect to the
district court's order denying reconsidera-
tion, Stukes has failed to challenge that
order on appeal and, therefore, has forfeit-
ed appellate review of that order. *See* 4th
Cir. R. 34(b). With respect to the district
court's order granting summary judgment
in favor of the Appellee, we have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Stukes v.
Chertoff,* No. 3:06–cv–00316–MR–CH, 2008
WL 5170182 (W.D.N.C. Dec. 9, 2008). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*